UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDS, a minor,<br><br>Petitioner,<br><br>v.<br><br>JONATHAN HAYES, in his official capacity as Interim Director of the Office of Refugee Resettlement, and ELICIA SMITH, in her official capacity as Federal Field Specialist, US Office of Refugee Resettlement,<br><br>Defendants. | No. 2:20-cv-00738-TLN-EFB<br><br><br><br>**ORDER** |

Petitioner M.D.S. ("Petitioner"), a minor under the care and custody of the Office of Refugee Resettlement ("ORR"), initiated this Petition for writ of habeas corpus on April 9, 2020, against Respondents Jonathan Hayes, the Interim Director of ORR ("Hayes") and Elicia Smith, an ORR Federal Field Specialist ("Smith") (collectively, "Respondents"), seeking habeas and injunctive relief relating to a decision by Respondents to designate Petitioner as a child with no viable sponsors and summarily deny an application from a purportedly viable designated sponsor. (ECF No. 1.)  Petitioner submitted an *ex parte* Motion for a Temporary Restraining Order ("TRO") concurrently with the Petition.  (ECF No. 2.)

Presently before the Court is the parties' joint Stipulation, filed April 17, 2020 (ECF No. 10).

1

1  Good cause appearing, IT IS HEREBY ORDERED that the Stipulation submitted by the
2 parties on April 17, 2020 (ECF No. 10) is GRANTED.  The Office of Refugee Resettlement
3 ("ORR") will consider the application of Petitioner's designated sponsor, the Tache family,
4 pursuant to the terms of the Stipulation.  Petitioner's motion for TRO (ECF No. 2) is deemed
5 withdrawn, without prejudice to refiling to the extent the terms of the Stipulation are in dispute.
6 The parties are directed to file a Joint Status Report within fourteen (14) days of the electronic
7 filing of this order.  All other filing deadlines are temporarily suspended and will be reset pending
8 filing of the parties' Joint Status Report.
9  IT IS SO ORDERED.
10 DATED:  April 20, 2020

Troy L. Nunley
United States District Judge