UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.D.S.**, a minor,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JONATHAN HAYES, in his official capacity as Interim Director of the Office of Refugee Resettlement, and ELICIA SMITH, in her capacity as Federal Field Specialist, U.S. Office of Refugee Resettlement,<br><br>　　　　Respondents. | No. 2:20-cv-00738-TLN-EFB<br><br>**ORDER GRANTING REQUEST TO SEAL** |

　　　　The Court has reviewed Petitioner's Notice of Request to Seal (ECF No. 13), as well as Petitioner's unopposed request and counsel's declaration in support of the same.  Good cause appearing, and in order to comply with Federal Rule of Civil Procedure 5.2 and Local Rule 140 to protect the identity of the minor, the request is GRANTED.

　　　　The Court ORDERS as follows:

1. 　　Petitioner's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (ECF No. 1) shall be SEALED.

2. 　　Petitioner's Motion for Temporary Restraining Order (ECF No. 2) shall be SEALED.

1

3. Not later than five (5) days from the date of electronic filing of this Order, Petitioner shall file an Amended Petition and Amended Motion for Temporary Restraining Order that differ from the original filed papers only in the titles of those documents and the fact that the personal identifying information of M.D.S. is redacted.

4. Neither the sealing of the records nor the filing of the amended papers shall delay or otherwise change in any respect, the terms, conditions, or deadlines set forth in any prior stipulation or order that has been filed in these proceedings.

IT IS SO ORDERED.

DATED: May 12, 2020

Troy L. Nunley
United States District Judge