DEBORAH ROSENTHAL, SBN 184241
drosenthal@simmonsfirm.com
**SIMMONS HANLY CONROY**
100 N. Pacific Coast Hwy., Suite 1350
El Segundo, California 90245
Tel:   (310) 322-3555
Fax:  (310) 322-3655

RICARDO DE ANDA, TXBN 05689500
deandalaw@gmail.com
**DE ANDA LAW FIRM**
212 Flores Avenue
Laredo, Texas 78040
Tel:   (956) 726-0038
Fax:  (956)726-0030

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MDS, a minor, | Case No. 2:20-CV-00738-TLN-EFB |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION** |
| JONATHAN HAYES, in his official capacity as Interim Director of the Office of Refugee Resettlement, and ELICIA SMITH, in her capacity as Federal Field Specialist, US Office of Refugee Resettlement, | |
| Defendants. | |

///

///

///

The matter of *M.D.S. v. Jonathan Hayes, et al.,* having resolved between the parties, with the United States Office of Refugee Resettlement approving the placement of M.D.S. in the home of sponsor Bryce Tache, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

Dated:  June 18, 2020

Troy L. Nunley
United States District Judge